# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CORNELIUS PENDER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-71 |
| | * | |
| v. | * | |
| | * | |
| B. BURROWS, Detention Officer; CAPTAIN DANNY CHRISTMAS; MEDICAL STAFF, WARE COUNTY JAIL; and SHERIFF OF WARE COUNTY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 3, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 28 day of August, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGI

AO 72A
(Rev. 8/82)